**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAIGE ELIZABETH,<br><br>　　　　　　　　　　　　PLAINTIFF(S)<br>　　　v.<br>YOUTUBE LLC, et al.,<br><br>　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER:<br><br>2:25-cv-07200-AB-PD<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 8/4/2025 | 1, 2, 3 & 4 | Complaint and Summons |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

　　Plaintiff shall re-file the Complaint and Temporary Restraining Order (TRO) with a proposed order
　　Plaintiff shall re-submit the Request for Summons, ensuring that the caption matches on all documents.

Dated:　8/12/2025　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge / U.S. Magistrate Judge