1  **JOYCE H. VEGA, ESQ. (SBN 228260)**
   **JOYCE H. VEGA & ASSOCIATES**
2  **904 SILVER SPUR RD. #388**
   **ROLLING HILLS ESTATES, CA. 90274**
3  **Telephone: 310 614-0191**
   **Email:  vegalitigators@gmail.com**
4

5  Attorney for Plaintiff,
   Elizabeth Paige
6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                            WESTERN DIVISION

11

12 **PAIGE ELIZABETH,** an individual;        | **Case No.  2:25-cv-07200-AB-BFM**

13

14 Plaintiff,

15 vs.                                         | **DECLARATION OF ATTORNEY**
                                                 **JOYCE H. VEGA IN SUPPORT FOR**
16                                               **REQUEST OF 90 DAY EXTENSION**
                                                 **OF TIME TO SERVE DEFENDANTS**
17 **YOUTUBE LLC**, a Delaware Limited

18 Liability Company; **GOOGLE LLC**, a

19 Delaware Limited Liability Company;
   **REGILIO HOOPLOT**, an individual,
20 and **DOES 1** through **10**, inclusive,

21

22

23 Defendants.

---

DECLARATION OF ATTORNEY JOYCE H. VEGA IN SUPPORT FOR REQUEST OF 90 DAY EXTENSION OF TIME TO SERVE DEFENDANTS

1

# DECLARATION OF JOYCE H. VEGA

I, JOYCE H. VEGA, do hereby declare and state as follows:

1. I am an attorney for Plaintiff in this case herein.

2. This declaration is submitted in support of Plaintiff's request for a Ninety (90) day extension of time to serve defendants in this case, including but not limited to Defendant Regilio Hooplot since he is domiciled in the Netherlands and must be served pursuant to The Hague Convention Rules for Service of Process, which will take several months.

I declare under penalty of perjury pursuant to the law of the United States of America that the foregoing is true and correct. Executed on December 14, 2025 at Los Angeles, California.

Respectfully submitted,

Date: December 14, 2025

/s/ Joyce H. Vega
JOYCE H. VEGA
Declarant and attorney for Plaintiff,
Elizabeth Paige