## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAIGE ELIZABETH | | CASE NUMBER: 2:25-cv-07200-AB-BFM |
| | PLAINTIFF(S) | |
| v. | | |
| YOUTUBE LLC ET AL. | | **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |
| | DEFENDANT(S) | |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: JOYCE H. VEGA                                    CA Bar Number: 228260

Firm or agency: JOYCE H VEGA & ASSOCIATES

Address: 904 SILVER SPUR RD #388 ROLLING HILLS ESTATES, CA. 90274

Telephone Number: 310 614-0191

E-mail: VEGAATTORNEYS@YAHOO.COM

Counsel of record for the following party or parties: PLAINTIFF, PAIGE ELIZAVETH

Other members of the same firm or agency also seeking to withdraw: NONE-N/A

G-01 (06/13)            **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**            Page 1 of 2

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☒ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☐ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: _____    CA Bar Number: _____

Firm or agency: _____

Address: _____

Telephone Number: _____

E-mail: _____

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: JUNE 5, 2026 _____    Signature: _____

Name: JOYCE H. VEGA, ESQ. _____

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: _____    Signature: N/A _____

Name: _____

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☐ substitution of counsel as specified above.

☒ representing myself *pro se* in this case.

Date: JUNE 5, 2026 _____    Signature: Paige Elizabeth _____
58F57AE20FFB4C1

Name: PAIGE ELIZABETH _____

Title: PLAINTIFF IN PRO SE _____

G-01 (06/13)    REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL    Page 2 of 2

## PROOF OF SERVICE

I am employed in the County of Los Angeles, California. I am over the age of 18 years, and not a party to the within action; my business address is 904 Silver Spur Rd, #388, Rolling Hills Estates, California 90274

On June 9, 2026, I served the foregoing document(s) described as: **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER FORM G-01** on the interested parties as listed below:

**PLAINTIFF**
Paige Elizabeth
9278 W. Russell Rd Unit 205
Las Vegas, NV 89148
Email: junin1919@icloud.com

via Email transmission: I caused copy of the document(s) to be sent from email address vegaattorneys@yahoo.com to the person(s) at the email address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

via U.S. Mail: I served a true copy of the document(s) described above by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I hereby certify under the penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct. Executed this June 9, 2026, at Rolling Hills Estates, California.

/s/ *Joyce H Vega*
JOYCE H. VEGA, declarant

-2-

**PROOF OF SERVICE**