# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Paige Elizabeth

Plaintiff(s)

v.

Youtube LLC et al.

Defendant(s)

**CASE NUMBER**

2:25-cv-07200-AB-BFM

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☐ The Court hereby orders that the request of:

_____        ☐ Plaintiff ☐ Defendant ☐Other _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

_____
*Street Address*

_____        _____
*City, State, Zip*                *E-Mail Address*

_____    _____    _____
*Telephone Number*          *Fax Number*          *State Bar Number*

**as attorney of record instead of**

List **all** attorneys from same firm or agency who are withdrawing.

_____

_____

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

☒ The Court hereby orders that the request of | JOYCE H. VEGA |

List **all** attorneys from same firm or agency who are withdrawing.

| |

**to withdraw as attorney of record for** | PAIGE ELIZABETH |

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge