**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAIGE ELIZABETH, <br><br> Plaintiff(s) <br><br> v. <br><br> YOUTUBE LLC, et al., <br><br> Defendant(s) | CASE NUMBER <br><br> 2:25-cv-07200-AB-BFM <br><br><br> (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☒  The Court hereby orders that the request of:

Paige Elizabeth
_____   ☒ Plaintiff ☐ Defendant ☐Other _____
*Name of Party*

☒ to substitute  Paige Elizabeth _____  who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☒ Pro Se

9278 W. Russell Road, Unit 205
_____

Las Vegas, NV 89148 _____      *Street Address*     junin1919@icloud.com _____
*City, State, Zip*                                            *E-Mail Address*

_____     _____     _____
*Telephone Number*                *Fax Number*                *State Bar Number*

as attorney of record instead of  Joyce H. Vega, Joyce H. Vega & Associates _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

☐  The Court hereby orders that the request of | _____ |

*List **all** attorneys from same firm or agency who are withdrawing.*

| _____ |

to withdraw as attorney of record for | _____ |

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated  June 25, 2026 _____        _____
                                        U. S. District Judge/U.S. Magistrate Judge